IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT KARL MAXWELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-08-744-M |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On September 17, 2008, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 1651(a), seeking a writ of mandamus. Based upon petitioner's failure to pay the filing fee, to file a motion for leave to proceed *in forma pauperis*, or to request an extension of time to do so, the Magistrate Judge recommended that this action be dismissed without prejudice to the filing of a new action. Petitioner was advised of his right to object to the Report and Recommendation by October 7, 2008. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on September 17, 2008; and

(2) DISMISSES this action without prejudice to the filing of a new action.

**IT IS SO ORDERED this 4th day of November, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE